IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN FLEENOR,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID AMICK, WOODBURY COUNTY SHERIFF, WOODBURY COUNTY, A MUNICIPALITY, JASON D. BUNCH, MICHAEL L. SWEUM, ERIC DAVIS, JOSEPH W. RAMIREZ and GERRY P. MOORE,<br><br>    Defendants. | No. C04-4046MWB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW the parties, pursuant to F.R.Civ.P. 41(a)(1)(ii), and stipulate to Dismissal of this case, with prejudice; each party is paying their own costs and attorney fees.

_____
Patrick Phipps #7677
Metcalf, Thompson & Phipps
232 Main Street
P.O. Box 442
Moville, IA 51039
712-873-3210
712-873-5322 facsimile
mtppjp@netins.net

_____
Robert L. Sikma #5146
705 Douglas Street, Ste. 402
Sioux City, IA 51101
712-258-1976
712-255-3047 facsimile
anntorg@aol.com

ATTORNEYS FOR PLAINTIFF

_____
Douglas L. Phillips #4367
Klass Law Firm, L.L.P.
P. O. Box 327

*[signature]*

Ronald Shea  #5048
Smith, Grigg, Shea & Klinker
120 South Hayes Avenue
PO Box 98
Primghar, IA  51245
712-957-5465
712-957-0121 facsimile
rjshea@tcaexpress.net

ATTORNEYS FOR DEFENDANTS JASON D.
BUNCH, MICHAEL L. SWEUM, ERIC DAVIS,
JOSEPH W. RAMIREZ AND GERRY P. MOORE